UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC F. LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV1293 CDP |
| | ) | |
| LINCOLN REGIONAL CENTER STAFF, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the dismissal of this action [Doc. #6] is **DENIED**.

Dated this 29th day of September, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE